Joon M. Khang (CSBN 188722)
**KHANG & KHANG LLP**
1901 Avenue of the Stars, 2nd Floor
Los Angeles, California 90067
Tel: (310) 461-1342 / Fax: (310) 461-1343
Email: joon@khanglaw.com

Dayton B. Parcells, III (SBN 127495)
**PARCELLS LAW FIRM**
1901 Avenue of the Stars, 11th Floor
Los Angeles, California 90067
Tel: (310) 201-9882 / Fax: (310) 201-9855
Email: dbparcells@parcellslaw.com

Attorneys for Plaintiffs R.F.F. Family Partnership, LP

FILED & ENTERED

NOV 18 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.: 2:09-bk-12534-ER |
| | Chapter 7 |
| CHRISTOPHER A. EBERTS, | **Adv. No.: 2:09-ap-01497-ER** |
| Debtor. | **ORDER APPROVING STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND EXTEND DISCOVERY CUTOFF** |
| R.F.F. FAMILY PARTNERSHIP, LP, a California Limited Partnership, | Current Status Conference: |
| Plaintiff, | Date: November 19, 2009 |
| v. | Time: 10:00 a.m. |
| CHRISTOPHER A. EBERTS, | Ctrm: 1568 |
| Defendant. | 255 E. Temple St. |
| | Los Angeles, CA 90012 |

1

1 | The Stipulation to Continue Trial and Related Dates and Extend Discovery Cutoff having
2 | been read and approved, and good cause appearing,
3 |     IT IS HEREBY ORDERED as follows:
4 |     1.    The Stipulation to Continue Status Conference, Trial and Related Dates and Extend
5 |         Discovery Cutoff is approved.
6 |     2.    The status conference is continued to January 21, 2010 at 10:00 a.m.
7 |     3.    Trial date is continued to Week of April 30, 2010 at 10:00 a.m.
8 |     4.    Pre-trial Conference is continued to March 18, 2010 at 11:00 a.m.
9 |     5.    Discovery Cutoff is extended to February 25, 2010
10 | ###

DATED: November 18, 2009

_____
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: KHANG & KHANG LLP, 1901 Avenue of the Stars, 2nd Floor, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER APPROVING STIPULATION TO CONTINUE TRIAL AND RELATED DATES AND EXTEND DISCOVERY CUTOFF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/14/09 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Joon M. Khang  joon@khanglaw.com
United States Trustee (LA)  ustregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On   11/13/09   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By U.S. Mail on: Christopher A. Eberts, c/o Orum Road Entertainment, 11496 Orum Road, Los Angeles, CA 90049

By U.S. Mail on: Judge's Copy to: Honorable Ernest M. Robles, 255 E. Temple St., Ste. 1560, Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/13/09 | Joon M. Khang | /S/ Joon M. Khang |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER APPROVING STIPULATION TO CONTINUE STATUS CONFERENCE was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 9/14/09 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Joon M. Khang  joon@khanglaw.com
United States Trustee (LA)  ustregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

By U.S. Mail on:  Christopher A. Eberts, c/o Orum Road Entertainment, 11496 Orum Road, Los Angeles, CA 90049

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):